Scott A. Miller, Esq., SB # 230322
Bonnie Fong, Esq., SB# 262739
**LAW OFFICES OF SCOTT A. MILLER**
**A Professional Corporation**
16133 Ventura Blvd. Suite 645
Encino, CA 91436
Tel. (818) 788-8081
Fax. (877) 578-3555

Kelly Ann Buschman, SB # 272565
**LAW OFFICES OF SCOTT A. MILLER**
**A Professional Corporation**
1300 Autumn Hills Drive
Reno, Nevada  89511
Tel. (818) 605-2759
Fax. (818) 483-2345

Attorneys for Plaintiff
JORDAN GRAYS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORDAN GRAYS individually and on behalf of a class and subclass of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>CHECKSMART FINANCIAL, LLC, a Delaware Limited Liability Company doing business in the State of California; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 4:12-CV-04532-DMR<br><br>**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

WHEREFORE, Plaintiff JORDAN GRAYS ("Plaintiff") and Defendant CHECKSMART FINANCIAL, LLC ("Defendant") (together as the "Parties"), through their respective counsel of record, pursuant to FRCP 41(a)(ii) and FRCP 23(e), hereby stipulate and agree as follows:

WHEREAS, on July 30, 2012 Plaintiff filed this putative class action in the Superior Court of the State of California, County of Contra Costa;

WHEREAS, Defendant subsequently removed the action to this Court;

WHEREAS, Plaintiff's Complaint is based on the allegation that he had no knowledge that his calls were being recorded during his employment with Defendant;

WHEREAS, Defendant has supplied a consent to telephone recording allegedly signed by Plaintiff and other evidence regarding the circumstances of the signature on the consent (A copy of the consent is attached to the Answer filed by Defendant as Exhibit 1);

WHEREAS, based upon the evidence supplied by Defendant, Plaintiff seeks to dismiss his putative class action claims against Defendant without prejudice to Plaintiff or the putative class;

WHEREAS, this action has not been certified as a class and is in the initial stages, and therefore no Court approval is required for this stipulation

---

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** - 1 -

pursuant to Federal Rule of Civil Procedure 23(e).  See 2003Amendments

Advisory Committee Notes to section 23(e).

BASED UPON THE FOREGOING, IT IS HEREBY STIPULATED

as follows:

1. The action is HEREBY DISMISSED without prejudice to Plaintiff

or the putative class;

2. Each side shall bear their own fees and costs incurred in connection

with this action.

IT IS SO STIPULATED.

Dated September 18, 2012                    Kerr & Wagstaffe LLP


By:   /s Michael von Loewenfeldt
      Michael von Loewenfeldt
      Attorneys for Defendant
      Checksmart Financial, LLC

Dated September 18, 2012                    Law Offices of Scott A. Miller


By:   /s Kelly Ann Buschman
      Scott A. Miller
      Bonnie Fong
      Kelly Ann Buschman
      Attorneys for Plaintiff
      Jordan Grays

## GENREAL ORDER 45 ATTESTATION

I, Michael von Loewenfeldt, am the ECF User whose ID and password are being used to file this Stipulation To Dismiss Action Without Prejudice.  In compliance with General Order 45, X.B., I hereby attest that Kelly Ann Buschman, counsel for Plaintiff, indicated in the signature line above has concurred in this filing.

Dated September 18, 2012                    By:___/s Michael von Loewenfeldt_____
                                                     Michael von Loewenfeldt